UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBANA, et al.,

                       Plaintiff

       -against-    25 Civ. 8432 (LGS)

3M Company, et al.,

                     Defendants.    **ORDER**
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this case was removed on October 10, 2025.

    WHEREAS, the case appears related to MDL No. 2873.  It is hereby

    **ORDERED** that, in the interest of efficiency, the parties shall file a joint letter by **October 31, 2025**, advising on how best to proceed.

Dated: October 20, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE